AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

MAIGA HRALIMA,

    Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER: **3:09-CV-00708-ECR-RAM**

M. JEROME WRIGHT, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

  April 7, 2010                                   **LANCE S. WILSON**
                                                                Clerk

                                                                /s/ D. R. Morgan
                                                                 Deputy Clerk